JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL ZAPATA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>THE RIDGE TOOL COMPANY dba RIDGID, and DOES 1 to 100, inclusive,<br><br>                    Defendants. | CASE NO. 5:25-cv-01025-JVS (AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [18]**<br><br>*Assigned to District Judge James V. Selna Courtroom 10C*<br><br>Action Filed in State Court: 12/5/2024<br>Removal to Federal Court:  4/25/2025 |

{00460664 }                                    8

Case No.: 5:25-CV-01025-JVS (AGRx)        **ORDER DISMISSING ACTION WITH PREJUDICE**

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court having duly reviewed the same it is therefore:

ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and Parties, with each Party bearing that Party's own attorney's fees and costs.

The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: May 15, 2026

_____
Judge James V. Selna
United States District Judge

{00460664 }                                    8

Case No.: 5:25-CV-01025-JVS (AGRx)      **ORDER DISMISSING ACTION WITH PREJUDICE**

*Michael Zapata v. The Ridge Tool Company dba Ridgid, et al.*
*U.S. Central District Court Case No. 5:25-CV-01025 JVS (AGRx)*

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 10900 Wilshire Blvd., Suite 400, Los Angeles, California 90024.

On May 15, 2026, I served the following document:

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

on the interested party in this action as indicated below:

| | |
|---|---|
| Briny Adam Woods, Esq.<br>WOODS WILLIFORD, PC<br>16520 Bake Parkway, Suite 260<br>Irvine, CA  92618<br>T: (949) 582-2440<br>F: (949) 424-2770<br>E: briny@wwinjurylaw.com<br>kelsie@wwinjurylaw.com | Attorneys for Plaintiff, Michael Zapata |

**(X)**    **(By E-Mail)** I caused the above-referenced document to be transmitted by e-mail or by electronic filing through the CM/ECF System to the interested parties at the appropriate e-mail addresses as listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**(X)**    **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2026, at Los Angeles, California.

*/s/ Mary Markwell*
Mary Markwell

{00460664 }                                                  8

Case No.: 5:25-CV-01025-JVS (AGRx)        **ORDER DISMISSING ACTION WITH PREJUDICE**